UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Michael D. Brooks, #273967, | ) | C/A No. 4:14-cv-03629-RBH-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Investergater Justin Head; | ) | |
| Investergater Banister, | ) | |
| | ) | |
| Defendants. | ) | |

This stayed case is before the court following review of the Status Report ("the Report") submitted by Defendants on July 7, 2015. ECF No. 62.

It appears from the Report that Plaintiff's criminal cases that were pending in Florence County at the time the stay was issued on February 6, 2015 have now concluded and that Plaintiff has been convicted and sentenced on various charges. ECF No. 62-1. It also appears from the Report that Defendants mailed Plaintiff's copy of the Report to the address he provided when this case was opened: the Florence County Detention Center. ECF No. 62-2. The publicly available inmate-locator section of the South Carolina Department of Corrections internet website indicates that Plaintiff is currently incarcerated at the **Kirkland Reception and Evaluation Center, 4344 Broad River Road, Columbia, South Carolina 29210**. Plaintiff's SCDC inmate number is **#273967**. *See* S.C.D.C., http://public.doc.state.sc.us/scdc-public/ (last consulted July 8, 2015). As a result, it is unlikely that Plaintiff received his copy of the Report as of the date of this Order.

Based on the contents of the Report and the attachment thereto, the court hereby *lifts the stay* that had been placed on this case in February 2015. ECF No. 57.

TO THE CLERK OF COURT:

The Clerk of Court is directed to issue a scheduling order and to change Plaintiff's address on the docket of this case to his current place of confinement at the Kirkland Reception and Evaluation Center. The Clerk of Court is further instructed to mail a copy of this Order and the Report to Plaintiff at that address.

TO PLAINTIFF:

Plaintiff is reminded that, as a pro se litigant in this court, he is responsible for providing this court with his current address at all times:

You are ordered to always keep the Clerk of Court advised **in writing (Post Office Box 2317, Florence, South Carolina 29503)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this Order, you fail to meet a deadline set by this court, <u>your case may be dismissed for violating this Order</u>. Therefore, if you have a change of address before this case is ended, you must comply with this Order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket number of all pending cases you have filed with this court. Your failure to do so will not be excused by the court.

IT IS SO ORDERED.

July 8, 2015                                                                  Kaymani D. West
Florence, South Carolina                                          United States Magistrate Judge